UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELARIO PAREDES QUINTERO, et al., | No. 2:23-cv-01127 DJC SCR |
| Plaintiffs, | |
| v. | ORDER |
| RCO REFORESTING, INC., and ROBERT C. OCHOA, | |
| Defendants. | |

On September 18, 2024 the magistrate judge filed findings and recommendations, which were served on plaintiffs and which contained notice that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 29. Plaintiffs have not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 18, 2024, are adopted in full;

2. Plaintiffs' May 31, 2024 motion for default judgment (ECF No. 21) is granted;

1

3. The Court enters judgment against the Defendants on Plaintiffs' claims of violation of the wage and hour provisions of the FLSA and California Labor Code;

4. The Court awards damages in the following amount: 1) in favor of Candelario Paredes Quintero and against Defendants RCO Reforesting, Inc. and Roberto C Ochoa, jointly and severally, in the amount of $29,840.00; 2) in favor of Pedro Paredes Aguilar and against Defendants RCO Reforesting, Inc., and Roberto C Ochoa, jointly and severally, in the amount of $35,153.50; and 3) in favor of Candelario Paredes Quintero and Pedro Paredes Aguilar and against Defendants RCO Reforesting, Inc., and Roberto C Ochoa, jointly and severally, in the amount of $5,740.00, representing attorney's fees and costs; and

5. This Clerk of the Court is directed to` close this case.

IT IS SO ORDERED.

Dated:   **November 7, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE